IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | |
|---|---|
| JOEL L. SEREBOFF, | |
| Plaintiff, | |
| v. | Civil Action No.: WMN 00-2488 |
| FELLOWES MANUFACTURING COMPANY, | |
| Defendant. | |

**STIPULATION AND ORDER EXTENDING TIME**

Plaintiff Joel L. Sereboff and defendant Fellowes Manufacturing Company ("Fellowes"), by their attorneys, hereby stipulate and agree that the time for Fellowes to respond to the Complaint be extended up to and including September 7, 2000.

Respectfully submitted,

_____
Jeffrey N. Pritzker (Fed. Bar No. 01546)
MARGOLIS PRITZKER & EPSTEIN, P.A.
405 E. Joppa Road, Suite 100
Towson, Maryland 21286

Attorneys for Joel L. Sereboff

_____
John C. Dougherty (Fed. Bar No. 10462)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

OF COUNSEL

Jack C. Berenzweig
Harold V. Johnson
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, Illinois 60611
(312) 321-4200

Attorneys for Fellowes Manufacturing Company

-2-

SO ORDERED this 23rd day of August, 2000

_____
United States District Court Judge