IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
NORTHERN DIVISION

| | |
|---|---|
| JOEL L. SEREBOFF,<br><br>Plaintiff,<br><br>v.<br><br>FELLOWES MANUFACTURING COMPANY,<br><br>Defendant. | Civil Action No.: WMN-00-2488 |

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE**

The parties, through their designated counsel, hereby stipulate and agree that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and defenses in this action are dismissed with prejudice. Each party will bear its own costs and attorney fees.

_____    _____
Jeffrey N. Pritzker                              John C. Dougherty
MARGOLIS PRITZKER & EPSTEIN,     PIPER MARBURY RUDNICK & WOLFE LLP
P.A.                                                    6225 Smith Avenue
405 E. Joppa Road – Suite 100            Baltimore, Maryland 21209-3600
Towson, Maryland 21286                     (410) 580-3000

Attorneys for Joel L. Sereboff

-2-

OF COUNSEL
Jack C. Berenzweig
Harold V. Johnson
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, Illinois 60611
(312) 321-4200

Attorneys for Fellowes Manufacturing Company


SO ORDERED this *12th* day of October 2000

_____
William M. Nickerson
United States District Court Judge